### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                    )
                       Plaintiff,    )
                              )
        vs.    )    Case No. 16-20032-03-JAR
                              )
LORENZO BLACK et al.,    )
                    Defendants.    )
                              )

### WAIVER OF APPEARANCE AT MOTION HEARING

I, Anthon Aiono, after consultation with my attorney and being advised of my
right to personally appear for the Motion Hearing set for August 16, 2016, hereby waive
my appearance at said proceeding.

Executed    this    16ᵗʰ    day    of    *August* ,    20 *16* ,    at
*Platte City* , *Missouri* .

                                                          ANTHON AIONO

Prepared by:

/s/ Jason P. Hoffman

Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3ʳᵈ Floor East
100 E. 9ᵗʰ Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net