IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.                                         Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
*Defendants.*

---

**ORDER**

Upon hearing from the parties on August 16, 2016, the Court Orders the preservation and protection of any and all audio recordings of attorney-client communications at Community Corporation of America (CCA). The Court FINDS:

The Government has disseminated or made available to counsel for the defendants, and others, discovery that contains audio recordings of attorney-client communications at CCA. The discovery that contains audio recordings of attorney-client communication may be covered by the attorney-client privilege or otherwise confidential.

To prevent further possible review or dissemination of protected communications, and to avoid further disputes regarding the protected nature of such information, the Court hereby ORDERS:

CCA shall provide to the United States Marshal Service (USMS) all audio recordings of attorney-client communication, both original and copies. CCA shall also provide, in writing, any other person or entity that CCA has provided audio recordings of attorney-client communication.

The government shall provide to the Court a list of all persons or entities to whom these recordings have been made available, including, without limitation, any person who accessed the recordings while reviewing discovery in the USAO. The government shall notify these persons or entities that it must immediately refrain from accessing and listening to any of the audio recordings and that, within seven business days, must return all recordings and derivative information, such as transcripts, notes, or reports concerning these recordings, to the Court. Any written material shall be submitted in a sealed envelope. The government's notice shall be issued within 24 hours of this Order, shall be in writing, and copies of the written notice shall be provided to the Court.

In order to facilitate continued discovery production and review in this case, the Coordinating Discovery Attorney will assist defense counsel with

the identification and removal of potentially privileged attorney client communications located on the 1 TB hard drives recently distributed by the government. Once the identified material has been removed, it will be provided to the Court and the hard drive will be returned to counsel for their continued discovery review.

No dissemination by the government of these recordings to third parties will be deemed to have waived a party's claim to privilege or confidentiality or estop that party or the privilege holder from designating the audio recordings or derivative material as confidential or privileged.

**IT IS SO ORDERED.**

Dated this <u>18th</u> day of August, 2016.

                                                   s/ Julie A. Robinson
                                                   **Judge Julie A. Robinson**
                                                   **U.S. District Judge**