**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,
          Plaintiff

     Vs.                                    Case No. 16-20032-JAR

LORENZO BLACK (01),
KARL CARTER (02),
ANTHON AIONO (03),
ALICIA TACKETT (04),
CATHERINE ROWLETTE (05),
DAVID BISHOP (06),

        Defendants

## ORDER GRANTING MOTION TO CONTINUE

The above matter comes before the Court on the Defendant Tacket's Motion to Continue Status Conference (Doc. 138). Defendant Black, Carter, Aiono, Rowlette and Bishop do not object to the continuance. After reviewing the Defendant's motion and being well and truly advised in the premises, the Court finds that the motion should be and the same is hereby sustained.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. 3161(h)(8) in that the ends of justice are served by granting such continuances and outweigh the best interest of the public and defendant in a speedy trial.

IT IS THEREFORE ORDERED that the status conference is rescheduled for October 17, 2016 at 9:00 a.m. The time period from September 19, 2016 to October 17, 2016 shall be excluded when calculating speedy trial time.

IT IS SO ORDERED.

Dated: September 14, 2016

                               <u>S/ Julie A. Robinson</u>
                               JULIE A. ROBINSON
                               UNITED STATES DISTRICT JUDGE