IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-20032-03-JAR |
| | ) | |
| LORENZO BLACK *et al.*, | ) | |
| Defendants. | ) | |
| _____ | ) | |

WAIVER OF APPEARANCE AT MOTION HEARING

COMES NOW Anthon Aiono, by and through counsel Jason P. Hoffman, Hoffman & Hoffman, and hereby gives notice to the Court that, after consultation with his attorney, he voluntarily waives the right to personally appear for the Motion Hearing set for October 28, 2016.

Respectfully submitted,

/s/ *Jason P. Hoffman*
_____
Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

/s/ *Jason P. Hoffman*

_____
Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net