# DAVID R. COHEN
### FEDERAL SPECIAL MASTER

24400 CHAGRIN BLVD., SUITE 300
CLEVELAND, OHIO 44122
TELEPHONE: 216.831.0001
FACSIMILE: 866.357.3535
DAVID@SPECIALMASTER.LAW

**Summary Billing Statement / ▮▮▮▮ Order**
**Billing Period: January, 2017**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 50.2 hours @ $500.00/hr.) <br> (BB 4.0 hours @ $130.00/hr.) | $25,100.00 <br> $520.00 |
| New Expenses *DRC* | $1,872.82 |
| New Expenses *American Discovery* | $17,333.67 |
| **Total New Charges** | **$44,826.49** |
| Prior Balance | $89,678.97 |
| Payments – Thank You! | $35,644.83 <br> $54,034.14 |
| **Total Now Due** | **$44,826.49** |

*[signature]*
Judge Julie A. Robinson