IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>            Plaintiff,    )<br>    )<br>        v.    )<br>    )<br>ANTHON AIONO    )<br>a/k/a "The Samoan,"    )<br>    )<br>            Defendant.    )<br>_____)    | Case No. 16-20032-03-JAR |

## **MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Thomas E. Beall, United States Attorney for the District of Kansas and Annette Gurney, Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Plea Agreement to the United States. In support of its motion, the United States shows the Court as follows:

1.   On April 5, 2017, defendant Anthon Aiono entered his plea to Count One of the Superseding Indictment filed herein on March 16, 2017. (Doc. 234). In his Plea Agreement, the defendant agreed to forfeit the personal property that is identified in the Plea Agreement. (Doc. 235).

2.   The property subject to forfeiture as a result of the Plea Agreement includes:

   A.   $2,400.00 in United States currency.

3.   Based upon the statements set forth in the Plea Agreement (Doc. 235), the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pled guilty. Accordingly, the property listed in paragraph two is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.

§ 2461.

4. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

Thomas E. Beall
United States Attorney

/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
KS. S. Ct. #11602
annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney