IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-20032-03-JAR |
| | ) | |
| LORENZO BLACK *et al.*, | ) | |
| Defendants. | ) | |
| _____ | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Anthon Aiono, by through counsel Jason P. Hoffman, Hoffman & Hoffman, and moves the Court for an Order continuing the Sentencing Hearing currently set for July 10, 2017 at 1:30 o'clock to a later date convenient to the Court and the parties.

In support thereof, the Court is shown that counsel for the parties need additional time to confer regarding issues related to Mr. Aiono's sentencing. Further, counsel for the parties believe that Mr. Aiono's sentencing hearing should follow- to the extent practicable –the balance of the sentencing hearings herein. Mr. Black's sentencing has recently been continued to a date to be determined later. Mr. Aiono is cognizant of the fact that the Court is unlikely to continue his sentencing date indefinitely. A date 60-90 days from the current setting should allow the parties ample time to confer and to determine what impact, if any, proceedings related to co-defendants may have on their positions at sentencing. Counsel for the government has no objection to the instant motion.

WHEREFORE, Mr. Aiono prays the Court enter an Order continuing the Sentencing Hearing currently set for July 10, 2017 at 1:30 o'clock to a later date

convenient to the Court and the parties and for such and other further relief as the Court deems appropriate under the circumstances.

        Respectfully submitted,

/s/ *Jason P. Hoffman*
_____
Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

/s/ *Jason P. Hoffman*
_____
Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net