# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                                                    Case No. 16-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

    **Defendants.**

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period June, 2017, in the total amount of $31,631.85, which this Court has approved after *in camera* reviewing a detailed an itemized billing.   The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.  The Clerk of the Court is directed to mail the check to the following,

Clerk of the Court
Attn:  Jeff Breon, Finance
United States District Court
500 State Avenue, Room 259
Kansas City, Kansas 66101
.

    **IT IS SO ORDERED.**

    <u>Dated: July 7, 2017</u>

                                                    <u>S/ Julie A. Robinson</u>
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / ▇▇▇▇▇ Order**
**Billing Period: June, 2017**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees (DRC 51.5 hours @ $500.00/hr.)<br>(BB 9.5 hours @ $130.00/hr.) | $25,750.00<br>$1,235.00 |
| New Expenses *DRC* | $2,150.10 |
| New Expenses *American Discovery* | $2,496.75 |
| **Total New Charges** | **$31,631.85** |
| Prior Balance | $37,446.00 |
| Payments – Thank You! | $37,446.00 |
| **Total Now Due** | **$31,631.85** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson