# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
      *Plaintiff,*

v.          Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
      *Defendants.*

---

## MOTION FOR PRODUCTION OF WITNESSES
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

---

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses in the above-captioned case:

1. Deborah Kinney
   ■■■■■■■■■■■
   Huntsville, Texas 77349

2. Leslie West
   ■■■■■■■■■■■
   Kansas City, Missouri 64119

Place and time of appearance:

    On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

**Basis for Subpoenas**

The Court set a hearing to discuss the Special Master's findings concerning the government's failure to comply with the Phase III investigation.[1] The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

Ms. Kinney is a former employee for CoreCivic who, until a few months ago, worked at CCA-Leavenworth as an investigator. She can testify and

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

speak to the relationship between CoreCivic and the U.S. Marshals Service, including her interactions with the U.S. Marshals Service and occasions when the Marshals' requested information from CCA-Leavenworth or directed certain investigations occur within the facility.

Ms. Leslie West is a former Corrections Officer for CoreCivic who worked at CCA-Leavenworth. She was promoted to the rank of Captain in June 2015. As a supervisor, she often worked in the "Control Bubble" to monitor inmate activity. She can testify and speak to: the relationship and interactions between the CoreCivic staff at CCA-Leavenworth and the U.S. Marshals Service; how and when the corrections staff would notify inmates about the procedures to ensure telephone calls to lawyers were marked as private; a specific monitoring operation directed by the Marshals concerning inmate Richard Dertinger; and any and all other matters concerning operations at CCA-Leavenworth.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and unable to financially unable to pay the fees and expenses for the procurement and production of said witnesses. Its clients have been determined to be indigent. The witnesses requested in this Rule 17(b) motion are necessary to litigate the pending motion.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witnesses; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the Motion Hearing on January 18, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

 I hereby certify that on December 4, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

          <u>s/ Melody Brannon</u>
          Melody Brannon