# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**                                    Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
*Defendants.*

## MOTION FOR ACCESS TO SECURUS DATA

The Federal Public Defender asks this Court to allow the Special Master to release Securus[1] data to the FPD. Specifically, the FPD seeks any Securus record of client calls to the 69 FPD telephone numbers that should have been privatized, and therefore not recorded, by CCA-Leavenworth. Further, we seek any Securus information detailing which recorded FPD calls have been accessed and provided to third parties.

The FPD has learned in the last two weeks, and as recently as yesterday, that Securus continued to record some of our "privatized" calls, despite assurances to the contrary by CCA. The reason is not apparent. We have further confirmed that some of those calls were accessed by third parties, and after this litigation began in August of 2016. Furthermore, the

---

[1] Securus was the phone service provider to CCA at that time.

information that the FPD has independently gathered appears to be inconsistent and contradictory.

The Special Master has been granted broad access to Securus data and Securus has been cooperative throughout this inquiry. For these reasons, we believe that the best available information about the status of recording and disclosure by Securus is through the Special Master's information.

For these reasons, we ask the Court to grant this motion.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.


s/ Melody Brannon
Melody Brannon