IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        *Plaintiff,*

**v.**                               Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
        *Defendants.*

## MOTION TO PRODUCE IN CAMERA DOCUMENT

The Federal Public Defender, as party/intervener, respectfully asks this Court to produce to the parties the document delivered to the Court and reviewed in camera and being kept in the Clerk's vault.[1] To the extent there is any basis for this document or information to be released to the parties under seal, the FPD has no objection to that being done.

As the Court's Notice stated, this document was to be reviewed by the Chief Judge only. However, to the extent it may be relevant to any claims or issues pending before the Court, or to the litigation pending before the Court of Appeals for the Tenth Circuit,[2] we ask the document be provided to the parties. And because the document was not filed ex parte the FPD assumes this document was not provided to the Court by a party to this case such that

---

[1] Docket Entry (D.E.) 365.

[2] Case No. 18-3007, Government's Petition for Writ of Mandamus.

a party has provided a legal basis for the document to remain part of the case record, yet not only reviewed in camera by the Court.

For these reasons, we ask the Court to grant this motion.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 18, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

          <u>s/ Melody Brannon</u>
          Melody Brannon