IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-JAR |
| ) | |
| **LORENZO BLACK, et al.**, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT RESPONSE TO MOTION TO PRODUCE DOCUMENT**

The United States of America, by and through undersigned counsel, responds to the Federal Public Defender's request that a document provided to this Court (Doc. 365) for *in camera* review, under seal, on an *ex parte* basis be produced (Doc. 389).

The document in question, Doc. 365, was prepared and submitted to the trial judge in a different pending matter and contained information to support its submission to that judge for *in camera* review, under seal, on an *ex parte* basis. At the time of its submission, permission was sought from the judge presiding in that matter to also share the document with the Court in this case for *in camera* review, under seal, on an *ex parte* basis, because of its possible relationship with issues in the instant case.

The Federal Public Defender now requests production of the document from this Court, in part, on the basis that to the defender's knowledge, the document was not provided to the Court on an *ex parte* basis. *See* Motion, Doc. 389 at 1-2.

The document in question was provided to the Court on an *ex parte* basis, providing within its premises the reasons for such submission, and was accepted by the Court on that basis. Certainly, the Federal Public Defender has no reason to know this as the docket entry

memorializing its receipt by the Court does not mention its submission *ex parte*; however, it was explicitly submitted on that basis. As such, it is most appropriate for the Court to either elect to retain the document *in camera*, under seal, as an *ex parte* submission, as it was tendered to and received by the Court, or alternatively, to return the document to the government.

In any event, because the document was originally submitted for *in camera* review, under seal, on an *ex parte* basis to the trial judge in a different pending matter, who then approved its being shared with this Court, any decision on retention, return, or production of the document is most properly before that Court. The public defender is counsel of record for the defendant in that pending matter, and has filed a similar motion for production therein, so there is no question that an appropriate forum exists for the issue to be considered and decided.

Respectfully submitted,

THOMAS E. BEALL
United States Attorney

*/s/* Debra L. Barnett
Debra L. Barnett
Kan. S. Ct. No. 12729
Assistant U.S. Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
debra.barnett@usdoj.gov

## Certificate of Service

I certify that on January 23, 2018, I electronically filed this Response with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Debra L. Barnett
Debra L. Barnett
Assistant U.S. Attorney
