IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

  **v.**              Case No. **16-20032-JAR**

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**
    *Defendants.*

**RESPONSE IN OPPOSITION TO
GOVERNMENT'S NOTICE (DOC. 404)**

  The Federal Public Defender objects to the government's proposed response date of March 26, 2018 because that will leave the Court with inadequate time to decide the motion, and leave the FPD with inadequate time to act on the motion once it is decided, given the Court's April 4 hearing date.

  The FPD first asked the government for permission to interview the witness in this case on February 20. The government refused permission and instead insisted on an in-person meeting with the FPD to discuss the issue. Throughout the last 20 days, the FPD has proposed five different meeting dates, but the government has not been available for any of them, leading the

FPD to file its motion on March 9.[1] The government now asks for a response date of March 26[2] — 34 days after the FPD notified it of the interview request, and 17 days after the FPD filed its motion.

Again, as of today, this issue has already been in front of the government for more than 20 days. The FPD has asked to discuss it over email or telephonically, but the government insists on an in-person meeting. The FPD has offered to meet on five separate occasions, with no results. Now, with the Court's April 4 hearing date looming, it asks for permission to wait two weeks until it responds – March 26. Even if the Court were to rule on the FPD's request *that very day*, it would only leave the FPD with six business days to set up an interview with the witness, actually conduct the interview, and decide whether to place her under subpoena, move for permission to subpoena her, and then serve her with the subpoena.

In other words, it's a request to run out the clock — or at least as much of it as it can. The government's motion provides no basis for why it needs 14 days to respond to an issue that it has been mulling for the past 20 days. Nor did the government seek the FPD's position on its request.

---

[1] Doc. 403.
[2] Doc. 404.

The FPD asks the Court to give the government until Friday, March 16 to file any response to the FPD's Motion. That will have given the government 25 days to determine if and how to respond to this issue, unless it turns out it was insisting on a confidentiality claim without researching its validity, which the FPD is sure is not the case. The FPD's proposed deadline will also ensure that it has adequate time to investigate before the April 4 hearing.

The FPD asks the Court to overrule the government's Notice in part, and set a response deadline on March 19, 2018.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: Melody_Brannon@fd.org

s/ Kirk C. Redmond
KIRK C. REDMOND #18914
First Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: Kirk_Redmond@fd.org

s/ Branden A. Bell
BRANDEN A. BELL #22618
Assistant Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: Branden_Bell@fd.org

s/ Rich Federico
RICH FEDERICO #22111
Assistant Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: Rich_Federico@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Cohen
David R. Cohen Co., LPA
Special Master
david@specialmaster.biz

Donald Christopher Oakley
Assistant United States Attorney
Office of the United States Attorney – Kansas City
chris.oakley@usdoj.gov

Debra L. Barnett
Criminal Chief
Assistant United States Attorney
Office of the United States Attorney – Wichita
debra.barnett@usdoj.gov

Duston J. Slinkard
Assistant United States Attorney
Office of the United States Attorney- Topeka
duston.slinkard@usdoj.gov

John Jenab
Jenab Law Firm, PA
john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
jphoffman@sbcglobal.net

Kathleen A. Ambrosio
Ambrosio & Ambrosio Chtd.
kaambrosio@yahoo.com

Michael M. Jackson
jacksonmm@aol.com

Cynthia M. Dodge
Cynthia M. Dodge, LLC
cindy@cdodgelaw.com

Shazzie Naseem
Berkowitz Oliver LLP - KCMO
snaseem@berkowitzoliver.com

Erin C. Thompson
Foland, Wickens, Eisfelder, Roper, Hofer, PC
ethompson@fwpclaw.com

Jacquelyn E. Rokusek
Rokusek Law, LLC
rokuseklawoffice@yahoo.com

Jonathan L. Laurans
jlaurans@msn.com

Melanie S. Morgan
Morgan Pilate LLC
mmorgan@morganpilate.com

                                              s/ Melody Brannon
                                              Melody Brannon