# In the United States District Court
# for the District of Kansas

**United States of America**,
   Plaintiff,

v.            Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
   Defendants.

## Order for Production of Witness Pursuant to
## Fed. R. Crim. P. 17(b)

 The Federal Public Defender for the District of Kansas seeks a subpoena under Rule 17(b) of the Federal Rules of Criminal Procedure. D.E. 411. Based on the motion, this Court finds good cause to issue the subpoena, and that the witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoena.

 The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoena or arrange for service, at the defense request,

2

and authorized to disburse the necessary funds to pay the costs and fees associated with the subpoena.

Name of person to be subpoenaed:

1. Patricia Cook
   8715 N Wayne
   Kansas City, MO 64155

Place and time of appearance:

On April 6, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

So ordered on this 20th day of March, 2018.

S/ Julie A. Robinson<br>
Honorable Julie A. Robinson<br>
United States District Court Chief Judge