#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 16-CR-20032-JAR** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Government's Affirmation re** |
| ) | **Documents and Information** |
| **LORENZO BLACK,** ) | |
| **KARL CARTER,** ) | |
| **ANTHON AIONO,** ) | |
| **ALICIA TACKETT,** ) | |
| **CATHERINE ROWLETTE, and** ) | |
| **DAVID BISHOP,** ) | |
| ) | |
| **Defendants.** ) | |

I, Steven D. Clymer, hereby affirm as follows:

1.  I am an Assistant United States Attorney in the Northern District of New York. I have been appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation in this case. I make this affirmation in compliance with this Court's Order dated August 6, 2018, regarding certain materials provided by the Federal Public Defender ["FPD"] to the United States Attorney for the District of Kansas ["USAO"].

2.  According to the Court's Order, "[t]he FPD researched and compiled a significant amount of information about pending and impending post-conviction litigants" and provided this

information, along with "supporting data" to the USAO. For purposes of brevity, I will refer to these materials as the "FPD materials."

3. On July 19, 2018, the USAO transmitted an electronic mail message with attachments consisting of digital copies of a spreadsheet and a number of judgment and commitment orders to both me and to an official in the Office of the Deputy Attorney General of the Department of Justice ["DOJ"]. I believe that these are the FPD materials described in the Court's Order.

4. At the status conference on August 1, 2018, in connection with the FPD request to have the FPD materials recovered or returned, I told the Court that: "I don't believe I've ever been given copies of these spreadsheets. Mr. Slinkard did send me one spreadsheet, but I think it was something else, and so I've – I've never been involved in those negotiations and I do not have a copy, to my knowledge, of that spreadsheet." At the time, I believed this statement to be accurate. Upon checking my electronic mail after receipt of this Court's Order, however, I realized that I had received a copy of a spreadsheet, which I now believe to be part of the FPD materials, as an attachment to the July 19, 2018 USAO electronic mail message. I do not recall ever having looked at this spreadsheet. I do recall looking at a small number of the judgment and commitment orders.

5. At some point after I received the July 19, 2018 USAO electronic mail message with the attached FPD materials, but before this Court's order, I moved the July 19, 2018 message, including the attachments, to a subfolder in my DOJ electronic mail program entitled "Kansas matter," where I store some messages related to the *Black* litigation. To the best of my recollection, which I believe to be accurate, I did not otherwise move or disseminate this message or any attachments to the message. Upon receipt of the Court's order, I have deleted this electronic mail message and the accompanying attachments from my e-mail program. Having done so, I checked

to see if, upon deletion, a copy was automatically moved to my "deleted items" folder. No copy appears in my deleted items folder.

6. It is my understanding, based on communications with the DOJ official who received the FPD materials by electronic mail from the USAO, that the DOJ official, upon receipt, sent the attached spreadsheet and judgment and conviction orders to a DOJ paralegal, who added two columns to the spreadsheet to permit entry of information from the judgment and commitment orders. The DOJ paralegal then saved the revised spreadsheet, as did the DOJ official. The DOJ official emailed the revised spreadsheet to the USAO.

7. According to the DOJ official, he has deleted all of the electronic mail messages to and from the USAO and to and from the DOJ paralegal relating to the spreadsheet, including all attachments. Similarly, the DOJ paralegal has deleted all such electronic mail messages, including the attachments, to and from the DOJ official. Further, both the DOJ official and the DOJ paralegal deleted the saved digital copies of the revised spreadsheet.

8. Further, the DOJ official printed a partial copy of the revised spreadsheet after having received it from his paralegal. The DOJ official has shredded that paper copy of the partial revised spreadsheet.

I affirm the above to be true and correct to the best of my knowledge.

Dated this 10th day of August, 2018, in Syracuse, New York.

_____
Steven D. Clymer
NDNY Bar Roll No. 520259

## Certificate of Service

I hereby certify that on the 10th day of August, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
