IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                           Plaintiff,    )<br>             v.                                        )     Case No. 16-20032-01,03-JAR<br>                                                              )<br>LORENZO BLACK,                        )<br>ANTHON AIONO,                          )<br>                                                              )<br>                           Defendants.  )<br>_____) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2018, a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return receipt requested, to Cynthia M. Dodge with Cynthia M. Dodge LLC.

Executed on October 22, 2018.

                                                    STEPHEN R. McALLISTER
                                                    United States Attorney
                                                    District of Kansas

                                                    /s/Annette Gurney
                                                    ANNETTE GURNEY, #11602
                                                    Assistant United States Attorney
                                                    1200 Epic Center, 301 N. Main
                                                    Wichita, Kansas 67202
                                                    (316) 269-6481
                                                    Fax: (316) 269-6484
                                                    Annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                        /s/Annette Gurney
                                        ANNETTE GURNEY, #11602
                                        Assistant United States Attorney