IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-20032-01,03-JAR |
| | ) | |
| LORENZO BLACK, | ) | |
| ANTHON AIONO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return receipt requested, to Kathleen Ambrosio, with the Law Offices of Morris, Laing, Evans, Brock, and Kennedy, Ch.

Executed on October 22, 2018.

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

/s/Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                   /s/Annette Gurney
                                                  ANNETTE GURNEY, #11602
                                                  Assistant United States Attorney