IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-20032-02-JAR |
| KARL CARTER, | |
| Defendant. | |

## MOTION OF SPECIAL MASTER TO ADMIT ADDITIONAL EXHIBITS

The Special Master, by and through his undersigned attorney of record, hereby moves the Court to admit additional exhibits identified as "SM1207" through "SM1300" into record evidence in this case. This motion is submitted pursuant to the authority of the Court granted in its Final Production and Briefing Order dated November 12, 2018, (Doc. 690), as modified by its Order Extending Deadline (Doc.475). Copies of these additional exhibits were served on March 7, 2019, by hand delivery to the United States Attorney for the District of Kansas and the Federal Public Defender, at their respective offices in the United States Courthouse in Kansas City, Kansas; and on Defendant Karl Carter by first class mail service on his attorney, David J. Guastello, at The Guastello Law Firm, LLC, 811 Grand Boulevard,, Suite 101, Kansas City, MO 64106.

The Special Master further moves the admission of additional exhibit SM1301, which is a thumb drive containing the response of the United States and identified as "Carter_Doc.8." No copies of that exhibit were served on the U.S. Attorney, which office provided the original exhibit to the undersigned attorney; or on the Federal Public Defender or Mr. Guastello, copies having previously been provided to them. Movant requests that SM1301 be sealed and sequestered by

the Court, along with thumb drives "Carter_Doc1" through "Carter_Doc7, which have already been admitted into evidence.

                                                 Respectfully submitted,

                                                 s/Alleen C. VanBebber
                                                 Alleen C. VanBebber
                                                 Kansas Bar No. 10214
                                                 VanBebber Law Firm, LLC
                                                 2029 West 95th Street
                                                 Leawood, KS  66206
                                                 913-384-5359
                                                 vanbebberlaw@aol.com

## CERTIFICATE OF SERVICE

     I certify that, on March 7, 2019, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

                                               s/Alleen C. VanBebber
                                               Alleen C. VanBebber