## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

     **v.**

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

     **Defendants.**

**Case No. 16-20032-JAR**

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period April, 2019 through May, 2019, in the total amount of $1,478.10, which this Court has approved after *in camera* reviewing a detailed an itemized billing.   The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

     **IT IS SO ORDERED.**

     Dated: May 31, 2019

                            S/ Julie A. Robinson
                            JULIE A. ROBINSON
                            UNITED STATES DISTRICT JUDGE

[1] Doc. 146



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: April 1, 2019 - May 31, 2019**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|------|------------------|
| New Fees (DRC 0.0 hrs @ $600.00/hr.) | $0.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $1,478.10 |
| **Total New Charges** | **$1,478.10** |
| Prior Balance | $14,740.70 |
| Payments – Thank You! | $14,740.79 |
| **Total Now Due** | **$1,478.10** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson