TYWAN POOLE #25194-045
F.C.C. FORREST CITY - M/A
P.O. BOX #9000
FORREST CITY, ARKANSAS
72336

(LEGAL MAIL)



⇔25194-045⇔
Kansas Us District Court
500 N 5TH ST
Kansas CITY, KS 66101
United States