ATTENTION: NOVEMBER 17,2017

TYWAN A.POOLE #25194-045
PHOENIX F.C.I.-Pima-B
37910 N.45th Avenue
PHOENIX,ARIZONA 85086

        ATTENTION:
        SECURUS TECHNOLIGIES INC.,
        TELEPHONE SERVICE
        P.O.BOX # 1109
        Dallas,Texas 75001

        Good day...i'm calling requesting information as to Phone recordings that were provided to C.C.A. Leavenworth in Leavenworth Kansas of inmate calls within the time frame of April 2016 to November 2,2017. My name is TYWAN A. POOLE, i was housed at C.C.A. between April 2016 to November 2,2017 by the United States Marshall Service for the Missouri Western District Court.
        My understanding is that C.C.A. requested that Securus provide them Recordings of phone calls of inmates housed at that facility and that Securus did provide those phone calls to C.C.A..
        C.C.A. was a interested party as I have the same interest that C.C.A. HAD at the time of there request, and are now asking for the official record of phone calls of myself TYWAN A. POOLE that were recorded by request of C.C.A..
        Furthermore i need the Dates,Times, person who gave authorization for the Recordings,and actual recordings copied or electronically stored information as to the why,where,when, and how of the Phone Recordings in question. I am currently in litigation proceedings with C.C.A. and need the requested information,outside of the fact that the actual recordings do belong to me being that they are recordings of me. C.C.A. nor Securus has ownership of the Recordings in question,regardless of the fact that C.C.A. asked Securus to record using your equipment. That information recorded belongs to the inmates.
        At your convience please provide the requested information to me at the address provided below.
        Thank you for your time and cooperation.

RESPECTFULLY SUBMITTED,

TYWAN A. POOLE#25194-045
PHOENIX F.C.I.-Pima-B
37910 N.45th Avenue
PHOENIX,ARIZONA 85086

SIGNATURE: *[signed]*
PRINT: TYWAN A. POOLE
DATE: November 17,2017

## CERTIFICATE OF SERVICE

I, __TYWAN A. POOLE__, hereby certify that I have served a true and correct copy of the following:

    LETTER REQUESTING RECORDED PHONE
    CALLS FROM C.C.A. LEAVENWORTH
    FROM SECURUS TECHNOLIGIES INC.

Which is deemed filed on the date below, at the time it was delivered to prison authorities for forwarding, HOUSTON v LACK, 101 L. Ed 2d 245 (1988), upon the plaintiff, plaintiffs, and or his attorneys of record by placing same in a sealed, postage prepaid envelope addressed to:

    SECURUS TECHNOLIGIES INC. TELEPHONE SERVICE
    P.O. Box #1109
    Dallas, Texas 75001

UNDER CLERK FILING RULE 25(A)(2)(b)
Furthermore s/o that this Motion may be FORWARDED to necssary personnel.

And depositing same in the United States Mail at the Federal Correctional Institution Phoenix, in Phoenix, Az.

I declare, under penalty of perjury (Title 28 U. S. C. § 1746) that the foregoing is true and correct.

Dated this __17th__ DAY OF __November__ 20__17__

Signed: _____
TYWAN A. POOLE # 25194-045
FCI PHOENIX
37910 N. 45TH AVENUE
PHOENIX, AZ. 85086