# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           CASE NO. 16-20032-JAR

LORENZO BLACK, ET AL

                        Defendants

## RECEIPT

Receipt is hereby acknowledged of ____Federal Public Defender____
for _see below_____ in the above entitled case.

Two thumb Drives (Envelope 6) of all CCA calls

Dated at _Kansas City_____ this _20_ day of ____April____, _2020_.

_____
Federal Public Defender