IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-01-03-JAR |
| ) | |
| LORENZO BLACK and ) | |
| ANTHON AIONO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### **MOTION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its counsel, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves this Court for a Final Order of Forfeiture and in support thereof advises the Court:

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in its Motions for Preliminary Forfeiture Order filed on May 25, 2017 for Lorenzo Black (Doc. 258) and for Anthon Aiono (Doc. 259).

2. On June 1, 2017, the Court entered Preliminary Orders of Forfeiture regarding Lorenzo Black and Anthon Aiono (Docs. 266 and 267) that forfeited to the United States the following property, subject to third party claims:

    **A. $2,790.00 in United States currency;**

    **B. A Silver 2004 Dodge Neon, VIN: 1B3ES56C64D527099; and**

    **C. $2,400.00 in United States currency.**

1

3.     Pursuant to Federal R.Crim.Pro. 32.2, third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.     The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on August 22, 2018, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 658).

5.     On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to the current resident at xxxx E. 35th Terrace, Kansas City, MO.   According to the certified mail receipt, delivery was attempted, but the mail was returned to sender.   The first-class mail was not returned   (Doc. 660).

6.     On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to attorney, Jason Hoffman with the Law Offices of Hoffman & Hoffman, counsel for defendant, Anthon Aiono.   According to the certified mail receipt, it was delivered on August 27, 2018. (Doc. 661).

7.     On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to attorney, John Jenab with Jenab Law Firm, council for defendant, Lorenzo Black. According to the certified mail receipt, it was delivered on September 6, 2018.   (Doc. 662).

8.      On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Order of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to attorney, Cynthia M. Dodge with Cynthia M. Dodge, LLC, counsel for defendant David Bishop.  According to the certified mail receipt, it was delivered on August 25, 2018.  (Doc. 663).

9.      On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to attorney, Michael M. Jackson, counsel for defendant, Catherine Rowlette.  According to the certified mail receipt, it was delivered on August 27, 2018.  (Doc. 664).

10.     On August 23, 2018, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to attorney, David Guastello with Guastello Law Firm, counsel for defendant, Karl Carter.  According to the certified mail receipt, it was delivered on August 27, 2018.  (Doc. 665).

11.     On September 15, 2020, the United States Attorney's Office sent a copy of the Preliminary Orders of Forfeiture and the Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail to Alicia Tackett.  According to the certified mail receipt, it was delivered on September 17, 2020.  (Doc. 847).

12.     The Notice of Forfeiture advised that any person asserting a legal interest in the property identified in paragraph 2 above may, within thirty days of the final publication of notice or receipt of actual notice, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

13.     No claims or petitions have been filed or any interest asserted in the subject property. Therefore, any third party interests are barred by such failure.  Accordingly, the United States seeks a

final order of forfeiture.

WHEREFORE, the United States respectfully moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all persons and vesting full right, title and interest to the property in the United States, and directing the United States Secret Service to dispose of the property according to law.

Respectfully Submitted,
STEPHEN R. McALLISTER
United States Attorney
District of Kansas


/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316)269-6484
KS. S. Ct. #11602
annette.gurney@usdoj.gov


**CERTIFICATE OF SERVICE**

This is to certify that on November 12, 2020, the foregoing motion was filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney